# Tarentum Borough *v.* Dunlap, Appellant.

Argued April 13, 1904. Appeal, No. 51, April T., 1904, by James A. Dunlap, from order of C. P. No. 2, Allegheny Co., Jan. T., 1902, No. 357, in case of Tarentum Borough v. James A. Dunlap. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY RICE, P. J., October 17, 1904:

This case was argued with the case of Tarentum v. Moorhead, supra; in which we herewith file an opinion, and for the reasons there given the judgment is affirmed.